USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CHROMALLOY ENGINE MANAGEMENT : 09 Civ. 3806 (SHS)
SERVICES,
                                        :
            Plaintiff,
                                        :
    -against-                              ORDER OF DISMISSAL
                                        :
OJSC TRANSAERO AIRLINES,
                                        :
            Defendant.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   The plaintiff having notified the Court that this action has been settled,

   IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, any party may reinstate this action, in writing, within 60 days of this Order, if the terms of the settlement are not effectuated within that time.

Dated: New York, New York
       October 15, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.